OPINION — AG — YOU ASK: CAN OR CANNOT THE EMPLOYMENT SECURITY COMMISSION IS AUTHORIZED TO ENTER INTO AN AGREEMENT WITH THE SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, WHICH WOULD AMEND AN AGREEMENT ENTERED INTO BETWEEN THE COMMISSION AND THE SECRETARY OF LABOR ? (TITLE XV, EX SERVICEMEN UNEMPLOYMENT COMPENSATION ACT) CITE: 40 O.S.H. 233, 62 O.S.H. 74, 74 O.S.H. 361 (JAMES C. HARKIN)